JAMES DYER, an Infant, by FRANCES DYER, His Guardian ad Litem, Respondent, *v.* CENTRAL SAVINGS BANK, Appellant.

(Argued January 23, 1933; decided February 28, 1933.)

*Everett W. Bovard* and *Henry L. Ughetta* for appellant.
*Milton Speiser* and *Joseph Speiser* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.   Not sitting: CROUCH, J.